United States District Court
Southern District of Texas
**ENTERED**
June 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Conrado Duran, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-3638 |
| | § | |
| Jo-Ann Stores, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Judgment

Because there is no genuine dispute of material fact that (a) Jo-Ann Stores, LLC, did not know shelving was on the floor and (b) the shelving was open and obvious, and thus could not create an unreasonable risk of harm to Conrado Duran, Conrado Duran takes nothing from Jo-Ann Stores, LLC.

Signed on June 14, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge